UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,           )
                            )   2:07-cv-271-GEB-DAD
          Plaintiff,        )
                            )
     v.                     )   ORDER RE: SETTLEMENT
                            )   AND DISPOSITION
HAZEL F. WEBER, et al.,     )
                            )
          Defendants.       )
_____)

        On April 5, 2007, Plaintiff filed a Notice of Settlement notifying the Court "that the parties have settled this action" and that "[d]ispositional documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than April 25, 2007. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1    The status conference currently scheduled for April 23, 2007 is rescheduled to commence at 9:00 a.m. on June 18, 2007.[1]  A joint status report shall be filed fourteen days before the status conference.[2]

     IT IS SO ORDERED.

Dated:  April 10, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]   The status conference will remain on calendar because the mere representation that an action has been settled does not justify removal of the action from a district court's docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

[2]   The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.